XAVIER BECERRA
Attorney General of California
JAY M. GOLDMAN
Supervising Deputy Attorney General
TOBIAS SNYDER
Deputy Attorney General
State Bar No. 289095
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-4426
 Fax: (415) 703-5843
 E-mail: Tobias.Snyder@doj.ca.gov
*Attorneys for Defendant*
*J. Benefield*

Terrence McCrea
CDCR No. P-82820
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216

*Plaintiff in Pro Se*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **TERRENCE MCCREA,**<br><br>Plaintiff,<br><br>v.<br><br>**J. BENEFIELD, et al.,**<br><br>Defendants. | 17-cv-06068-LHK<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Terrence McCrea and Defendant J. Benefield have resolved this case in its entirety. In accordance with their settlement agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to a dismissal of this action with prejudice. The filing of this stipulation automatically terminates this action.

/ / /

/ / /

/ / /

1

|   |   |
|---|---|
| 1 | Each party shall bear their own costs and attorney fees in connection with this action. |
| 2 | It is so stipulated. |
| 3 | Dated: March 16, 2018 |
| 4 | Terrence McCrea<br>*Plaintiff in Pro Se* |
| 8 | Dated: March 16, 2018 |
| 9 | Tobias Snyder<br>Deputy Attorney General<br>California Attorney General's Office<br>*Attorneys for Defendant*<br>*J. Benefield* |

**IT IS SO ORDERED.** The Clerk shall close the file.

Dated: 4/5/2018

The Honorable Lucy H. Koh
United States District Judge

SF2018200121
21092835.docx